## Byrne v. Riddell et al.

Where the record does not contain all the evidence on which the case was tried, and there is no statement of facts, bill of exceptions, nor assignment of error filed within the time prescribed by art. 897 of the Code of Practice, the appeal must be dismissed.

APPEAL from the Parish Court of New Orleans, *Maurian*, J.

*Redmond* and *Collens*, for the plaintiff. *Bartlett*, for the appellant, Banks.

The judgment of the court was pronounced by

SLIDELL, J. The judgment from which this appeal was taken was a confirmation of a judgment by default. The record presents no bill of exceptions, there is no statement of facts, and the assignment of errors was filed six months after the record was brought up. The motion to dismiss must prevail.* Code of Practice, art. 897. 1 Robinson, 196. *Appeal dismissed.*

---

* The final judgment in this case confirmed one previously taken by default, but it was rendered on the verdict of a jury. The record did not contain the evidence laid before the jury.